IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP,
JANICE L. PIZZI, and
A. MICHAEL PIZZI,

    Defendants.

_____

ORDER GRANTING MOTION TO STAY DISCOVERY
_____

    Upon review of Defendants Woodmen Hills Metropolitan District, Larry R. Bishop and Janice L. Pizzi's Unopposed Motion to Stay Discovery [5], filed on June 8, 2010, it is

    ORDERED that the motion is granted.

    DATED:   June 29th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior Judge