IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP,
JANICE L. PIZZI, and
A. MICHAEL PIZZI,

    Defendants.

_____

Amended ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS
_____

Upon review of Plaintiff's motions to file out of time [19 and 21] and motions for extension of time to respond to the motions to dismiss [4 and 10], filed on July 28, 2010, it is

ORDERED that the motions are granted and the deadline for plaintiff to respond to the motions to dismiss is extended to and including August 2, 2010.

DATED: July 29th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge