## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                December 29, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-01081-RPM

| | |
|---|---|
| RONALD R. PACE, | Marc H. Schtul |
| | Richard W. Daily |
| Plaintiff, | |
| v. | |
| WOODMEN HILLS METROPOLITAN DISTRICT, | William T. O'Connell, III |
| LARRY BISHOP, | |
| JANICE L. PIZZI and | |
| A. MICHAEL PIZZI, | Juliet R. Piccone |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:28 p.m.        Court in session.**

Court's preliminary remarks and statement regarding supplemental jurisdiction with respect to the state law claims.

Court states its concerns regarding state law claims and trial.

2:43 p.m.        Statements by Mr. Daily.

Mr. Daily states plaintiff is willing to stipulate to dismissal without prejudice of the state law claims.

2:51 p.m.        Argument by Mr. O'Connell.

2:54 p.m.        Argument by Ms. Piccone.

**Mr. Daily states plaintiff concedes Mr. Pizzi is not a state actor**.

**ORDERED:   Court declines to exercise supplemental jurisdiction, all state law claims are dismissed without prejudice and defendant Michael Pizzi is dismissed**.

December 29, 2010
10-cv-01081-RPM.

**ORDERED:**  **Defendant Woodmen Hills Metropolitan District, Larry R. Bishop and Janice L. Pizzi's Motion to Dismiss, filed June 8, 2010 [4], is moot.**

**ORDERED:**  **Defendant Michael Pizzi's Motion to Dismiss, filed June 23, 2010 [10], is moot.**

**ORDERED:**  **Plaintiff's Motion for Leave to file Amended Complaint, filed August 2, 2010 [27], is denied.   Plaintiff has to January 28, 2010 to file a second amended complaint (1983 claims against district defendants).**

**2:58 p.m.**  **Court in recess.**

Hearing concluded.  Total time: 30 min.