IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP,
JANICE L. PIZZI, and
A. MICHAEL PIZZI,

    Defendants.

_____

ORDER DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE AND FOR
DISMISSAL OF DEFENDANT A. MICHAEL PIZZI AND FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT
_____

    Pursuant to the hearing held today and for the reasons stated by the Court at that hearing, it is

    ORDERED that the plaintiff's motion for leave to file amended complaint, filed August 2, 2010, [27] is denied and it is

    FURTHER ORDERED that the claims identified as the second through eighth causes of action in the complaint raise claims under Colorado law and this Court, pursuant to 28 U.S.C. § 1367 declines to exercise supplemental jurisdiction over those claims which are therefore dismissed without prejudice and it is

    FURTHER ORDERED that A. Michael Pizzi is dismissed as a defendant in this civil action and it is

FURTHER ORDERED that the plaintiff shall have to and including January 28, 2011, to file an amended complaint to clarify the claims made pursuant to 42 U.S.C. § 1983 which will be designated as the plaintiff's second amended complaint.

DATED: December 29th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge