**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              August 30, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,                                         Trocon E. Williams
                                                        Richard W. Daily
        Plaintiff,                                      Marc H. Schtul

v.

WOODMEN HILLS METROPOLITAN DISTRICT,                    William T. O'Connell, III
a political subdivision of the State of Colorado,
LARRY BISHOP, and
JANICE L. PIZZI

        Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:58 a.m.      Court in session.**

Court's preliminary remarks.

Mr. Williams says he is the only counsel in his firm.

Statements by Mr. Daily regarding request for production of documents, confirms that his representation of the plaintiff has been terminated and that the remaining material required to comply with the motion to compel has been given to Mr. Williams.

**ORDERED:    Notice to Withdrawal, filed 8/24/2011 [52], approved and counsel Richard Daily and Marc Schtul are withdrawn and their electronic services are terminated.**

Statement by Mr. Williams.
Mr. Williams states he has informed defendants' counsel that plaintiff will supply the information requested.

Statement by Mr. O'Connell.

**ORDERED:    Defendants' Motion to Compel, filed 7/1/2011 [48], is granted.  Plaintiff to produce documents by September 15, 2011.**

Mr. Daily and Mr. O'Connell agree to confer regarding fees and costs.

**11:12 a.m.     Court in recess.**        Hearing concluded.  Total time: 14 min.