IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP, and
JANICE L. PIZZI,

    Defendants.
_____

## ORDER GRANTING SUBSTITUTION OF COUNSEL
_____

    Pursuant to the hearing held today, it is

    ORDERED that the motion to withdraw filed by Marc H. Schtul and Richard W. Daily on August 24, 2011, is granted and they have no further responsibility for the representation of the plaintiff before this court in this civil action and it it

    FURTHER ORDERED that the entry of appearance as counsel for the plaintiff by T. Edward Williams is granted, and it is

    FURTHER ORDERED that the defendants' motion to compel is granted.  The plaintiff's responses will be due on September 15, 2011, and the defendants' request for fees and expenses in submitting the motion to compel will be resolved by agreement between Mr. Daily and Mr. O'Connell.

    DATED:   August 30th, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge