IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP, and
JANICE L. PIZZI,

    Defendants.

_____

## ORDER TO STAY BRIEFING ON SUMMARY JUDGMENT
_____

    On December 21, 2011, the defendants filed a motion for summary judgment. Because the multiple motions addressing discovery disputes should be heard before further briefing on that motion, it is

    ORDERED that briefing on the motion for summary judgment is stayed until further order of Court and the hearing will be set on the discovery motions at a time to be set.

    DATED:    December 30th, 2011

                                                           BY THE COURT:

                                                           s/Richard P. Matsch
                                                           _____
                                                           Richard P. Matsch, Senior Judge