**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     January 9, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,                                          Trocom E. Williams

      Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,                     William T. O'Connell, III
a political subdivision of the State of Colorado,        Evan D. Ela
LARRY BISHOP, and
JANICE L. PIZZI

      Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:30 p.m.        Court in session.**

Court's preliminary remarks.

2:34 p.m.        Mr. O'Connell identifies issues that have been resolved with respect to defendant's motion to compel [61].
Mr. O'Connell states the remaining outstanding requests concern issues with respect to damages.

2:43 p.m.        Argument by Mr. Williams.

**Court states the deposition of Lindquist is permitted for the limited purpose as stated on record. Plaintiff's waiver contention is denied.**

3:04 p.m.        Rebuttal argument by Mr. O'Connell.
3:10 p.m.        Further argument by Mr. Williams.

**Court states the Rule 30(b)(6) deposition of Babgate Capital (bond co.) is permitted for the limited purpose as stated on record.**

Further argument by Mr. O'Connell.

January 9, 2012
10-cv-01081-RPM

Argument by Mr. Ela.

**ORDERED:** **Defendants Woodmen Hills Metropolitan District, Larry Bishop And Janice Pizzi's Motion to Compel Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents [61], is resolved by agreement.**

**ORDERED:** **Plaintiff's Motion to Quash or Motion for Protective Order Narrowing Subpoena for School Records Pursuant to Rule 45(c)(3)(A)(III) [62], motion terminated as ruling deferred.**

**ORDERED:** **Motion to Quash Subpoena to Produce Documents, r in the Alternative, Request for *in Camera* Inspection of Documents and Entry of Protective Order [65], is resolved by Court's instruction.**

**ORDERED:** **Plaintiff's Motion to Compel Deposition Testimony of Geoffrey Lindquist and Motion to Compel Production of Documents from Susemihl, Mcdermott, and Cowan under Rule 37(a) [66], is granted in part and denied in part as stated on record.**

**ORDERED:** **Plaintiff's Second Motion to Extend Discovery Deadline [67], is granted and the discovery deadline is extended to February 10, 2012.**

**ORDERED:** **Plaintiff shall respond to defendant's motion for summary judgment [75] on or before March 2, 2012.**

**3:22 p.m.** **Court in recess.**

Hearing concluded.  Total time: 52  min.