IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              May  9, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,                                              Trocom E. Williams

      Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,                         William T. O'Connell, III
a political subdivision of the State of Colorado,
LARRY BISHOP, and
JANICE L. PIZZI

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:59 a.m.**       **Court in session.**

Court's preliminary remarks.

**ORDERED:**   **Plaintiff's Motion to Strike Defendant's Reply Brief [91], is denied.**

Court states its concerns with the case claims as pleaded and its summary of the case facts.

Argument by Mr. O'Connell.

**Court states it considers Plaintiff's First Claim of Malicious Prosecution and Second Claim of Fabrication of Evidence as pleaded as in the Second Amended Complaint [40] as one claim for relief.**

Argument by Mr. Williams.
Rebuttal argument by Mr. O'Connell.
Defendants' objection to the filing of a third amended complaint by Mr. O'Connell.

**ORDERED:**   **Plaintiff shall clarify his claims by the filing of a third amended complaint by May 21, 2012.**
                **Defendants shall respond by motion for summary judgment by June 20, 2012.**
**ORDERED:**   **Ruling on Defendants' Motion for Summary Judgment [75] is deferred pending review of plaintiff's third amended complaint.**

**11:55 a.m.**       **Court in recess.**        Hearing concluded.  Total time: 56 min.