# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                September 28, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,                                          Trocon E. Williams

      Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,                     William T. O'Connell, III
a political subdivision of the State of Colorado,
LARRY BISHOP, and
JANICE L. PIZZI

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**10:00 a.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case facts and claims.

10:12 a.m.     Argument by Mr. O'Connell.
10:30 a.m.     Argument by Mr. Williams.
10:56 a.m.     Rebuttal argument by Mr. O'Connell.

**ORDERED:**     **Defendants' Motion for Summary Judgment [75] is taken under advisement.**

                **Defendants' Second Motion for Summary Judgment [100], is taken under advisement.**

**11:10 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 1 hr. 10 min.