IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01081-RPM

RONALD R. PACE,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
LARRY R. BISHOP, and
JANICE L. PIZZI,

    Defendants.

---

## JUDGMENT

---

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment, signed by Senior District Judge Richard P. Matsch on November 14, 2012, it is

    ORDERED that defendants' motion for summary judgment is granted.  It is

    FURTHER ORDERED that judgment is entered in favor of defendants Woodmen Hills Metropolitan District, Larry Bishop and Janice L. Pizzi and against plaintiff Ronald R. Pace.  It is

    FURTHER ORDERED that defendants Woodmen Hills Metropolitan District, Larry Bishop and Janice L. Pizzi shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of entry of judgment.  It is

    FURTHER ORDERED that Complaint, Amended Complaint and this civil action are dismissed.

    Dated: November 14th, 2012

                                              FOR THE COURT:
                                              Jeffrey P. Colwell, Clerk

                                                    s/J. Chris Smith
                                        By _____
                                                        Deputy